## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ROBERT BUENTELLO | § | |
| | § | |
| v. | § | C.A. NO. C-06-010 |
| | § | |
| STATE OF TEXAS | § | |

### MEMORANDUM OPINION AND ORDER OF DISMISSAL

On March 10, 2006, the United States Magistrate Judge filed her Memorandum and Recommendation in this cause (D.E. 6).  After ample opportunity, no objections have been filed by either party.  This Court regards such omission as each party's agreement with and acceptance of the Magistrate Judge's findings of fact and conclusions of law.  Having reviewed the pleadings on file, the Court finds no clear error in the Magistrate Judge's memorandum and recommendation.  *Douglass v. United Services Automobile Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996).  This Court adopts as its own the findings and conclusions of the Magistrate Judge.

Accordingly, plaintiff's claims against the State of Texas are dismissed.  To the extent that plaintiff is attempting to bring any 42 U.S.C. § 1983 claims against any individuals, those claims are dismissed without prejudice.

ORDERED this _____29_____ day of _____April_____, 2006.

_____
HAYDEN HEAD
CHIEF JUDGE